JOSEPH P. RUSSONIELLO (CSBN 44332)  **E-Filed 11/16/09**
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VITALY G. MARCHENKO, <br><br>   Plaintiff, <br><br>   v. <br><br>JOHN McHUGH, SECRETARY OF THE ARMY, <br><br>   Defendant. | CASE NO. C09-03673 JF (PVT) <br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO GRANT LEAVE TO FILE SECOND AMENDED COMPLAINT AND SET TIME FOR RESPONDING TO COMPLAINT** |

    Upon motion of defendant, John McHugh, Secretary of the Army ("Defendant"), and good cause appearing, IT IS HEREBY ORDERED that plaintiff's Second Amended Complaint, submitted to the Court on or about October 27, 2009, is deemed filed as of the date of this Order. Defendant shall have 20 days from the date of this Order to answer, move, or otherwise respond to the Second Amended Complaint.

DATED: 11/16/09

JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER RE COMPLAINT AND RESPONSE**
**CASE NO. C09-03673 JF (PVT)**          -1-