1
2   **E-Filed 3/29/10**
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

| 12 | VITALY G. MARCHENKO, | Case Number C 09-3673 JF (PVT) |
|---|---|---|
| 13 | Plaintiff, | ORDER[1] SETTING HEARING ON ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |
| 14 | v. | |
| 15 | JOHN MCHUGH, Secretary of the Army, | |
| 16 | Defendant. | |

17
18
19   The Court has been informed that Plaintiff may be deceased. On January 14, 2010, the
20 Court issued an order directing Plaintiff or his heir or successor to inform the Court whether the
21 action would be pursued and to show cause why the action should not be dismissed for failure to
22 prosecute. It is unclear from the record whether that order was served upon Plaintiff, who has
23 proceeding in this action *pro se*. Accordingly, the Clerk of the Court shall serve Plaintiff with

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-3673 JF (PVT)
ORDER SETTING HEARING ON ORDER TO SHOW CAUSE
(JFLC2)

1 | the order of January 14 and the instant order.  A hearing on the Order to Show Cause is
2 | HEREBY SET for April 23, 2010 at 10:30 a.m.  If no one appears on behalf of Plaintiff, the
3 | action will be dismissed without prejudice for failure to prosecute.
4 |      IT IS SO ORDERED.

8 | Dated: 3/26/2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-3673 JF (PVT)
ORDER SETTING HEARING ON ORDER TO SHOW CAUSE
(JFLC2)

2

1   Copies of this order have been served upon the following persons:

2

3   Vitaly G Marchenko
    9633 Sunland Place
4   Sunland, CA 91040

5
    Claire T. Cormier     claire.cormier@usdoj.gov
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
    Case No. C 09-3673 JF (PVT)
27  ORDER SETTING HEARING ON ORDER TO SHOW CAUSE
    (JFLC2)
28                                    3